B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cobe Chemical Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-2880247** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8616 Slauson Ave**<br>**Pico Rivera, CA**<br><br>ZIP Code **90660** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cobe Chemical Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)                    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Cobe Chemical Co., Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X **/s/ Helen Ryan Frazer**
_____
Signature of Attorney for Debtor(s)

**Helen Ryan Frazer 92627**
_____
Printed Name of Attorney for Debtor(s)

**Atkinson, Andelson, Loya, Ruud & Romo**
_____
Firm Name

**12800 Center Court Drive, Suite 300**
**Cerritos, CA 90703**

_____
Address

**Email: hfrazer@aalrr.com**
**(562) 653-3200  Fax: (562) 653-3333**
_____
Telephone Number

**June 16, 2011                92627**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sergio Quinones**
_____
Signature of Authorized Individual

**Sergio Quinones**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**June 16, 2011**
_____
Date

# ACTION BY WRITTEN
# CONSENT
# OF
# DIRECTORS
# OF
# COBE CHEMICAL CO., INC.

The undersigned, Director of Cobe Chemical Co., Inc., a California corporation, does hereby consent to and adopt the following resolutions as the action of the corporation:

### Election of Chapter 11 of Title 11 of the United States Code

WHEREAS, the corporation is unable to meet its current financial obligations;

WHEREAS, it is in the best interest of the corporation to petition for relief under Chapter 11 of Title 11 of the United States Code;

RESOLVED, that the corporation adopts the provisions allowed under Chapter 11 of Title 11 of the United States Code.

FURTHER RESOLVED, that Cobe Chemical Co., Inc. through its President, Sergio Quinones , is authorized and directed to execute any and all agreements and/or documents in the name of and on behalf of the corporation associated with the requirements under Chapter 11 of Title 11 of the United States Code.

### Employment of Law Firm

WHEREAS, it is in the best interest of the corporation to engage the services of a law firm with regards to the relief sought under Chapter 11 of Title 11 of the United States Code.

WHEREAS, Helen R. Frazer and Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation, represent that they hold no interest adverse to the estate and are "disinterested" within the meaning of 11 U.S.C. §327(a).

RESOLVED, that Helen R. Frazer and Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation, upon confirmation by the Court, is employed as counsel to the corporation.

FURTHER RESOLVED, that the President is authorized and directed to file the necessary orders and applications with the United States Bankruptcy Court, Central District of California on behalf of the corporation to request such appointment.

1

This Action by s Written Consent of Director is taken as authorized under Section 307(b) of the California Corporations Code to be effective as of the 13th day of June 2011.

Cobe Chemical Co., Inc.

By _____

Sergio Quinones, ~~Director~~

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

**Helen Ryan Frazer**
**Atkinson, Andelson, Loya, Ruud & Romo**
**12800 Center Court Drive, Suite 300**
**Cerritos, CA 90703**
**(562) 653-3200 Fax: (562) 653-3333**
**92627**

☒ Attorney for: Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Cobe Chemical Co., Inc.

Debtor(s).

CASE NO.:
CHAPTER: 11
ADV. NO.:

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____    Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_Signature of Authorized Signatory of Filing Party_    Date 6/16/11

**Sergio Quinones**
_Printed Name of Authorized Signatory of Filing Party_

**President**
_Title of Authorized Signatory of Filing Party_

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_Signature of Attorney for Filing Party_    Date 6/16/11

**Helen Ryan Frazer**
_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Cobe Chemical Co., Inc.**                      Case No. _____

                                        Debtor(s)         Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ACCU Bio-Chem Labs**<br>**5406 San Fernando Road #201**<br>**Glendale, CA 91203** | **ACCU Bio-Chem Labs**<br>**5406 San Fernando Road #201**<br>**Glendale, CA 91203** | **trade debt** | | **15,625.00** |
| **American Oil Products**<br>**PO Box 1595**<br>**Lake Forest, CA 92630** | **American Oil Products**<br>**PO Box 1595**<br>**Lake Forest, CA 92630** | **trade debt** | | **43,489.61** |
| **Bottles-R-Us**<br>**14417 108th Place NE**<br>**Bothell, WA 98011** | **Bottles-R-Us**<br>**14417 108th Place NE**<br>**Bothell, WA 98011** | **trade debt** | | **43,919.00** |
| **Carlo Montisano**<br>**20 Thomas Ave**<br>**Shrewsbury, NJ 07702** | **Carlo Montisano**<br>**20 Thomas Ave**<br>**Shrewsbury, NJ 07702** | **Note Payable** | | **183,707.00** |
| **Coast Southwest Inc**<br>**505 S. Melrose Street**<br>**Placentia, CA 92870** | **Coast Southwest Inc**<br>**505 S. Melrose Street**<br>**Placentia, CA 92870** | **trade debt** | | **14,762.00** |
| **Custom Lithograph**<br>**7006 Stanford Ave**<br>**Los Angeles, CA 90001** | **Custom Lithograph**<br>**7006 Stanford Ave**<br>**Los Angeles, CA 90001** | **trade debt** | | **25,830.00** |
| **Darryl Blunk**<br>**PO Box 1534**<br>**La Canada Flintridge, CA 91012** | **Darryl Blunk**<br>**PO Box 1534**<br>**La Canada Flintridge, CA 91012** | **Note payable** | | **159,493.00** |
| **Derm-Tech Labs, Inc.**<br>**Hamrick & Evans**<br>**111 Universal Hollywood Drive**<br>**Suite 2200**<br>**North Hollywood, CA 91606** | **Derm-Tech Labs, Inc.**<br>**Hamrick & Evans**<br>**111 Universal Hollywood Drive**<br>**North Hollywood, CA 91606** | **Lawsuit/Judgment** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **4,865,357.00** |
| **ICW Group** | **ICW Group** | **trade debt** | | **10,621.00** |
| **Kion Printing & Packaging**<br>**18130 Rowland Street**<br>**Rowland Heights, CA 91748** | **Kion Printing & Packaging**<br>**18130 Rowland Street**<br>**Rowland Heights, CA 91748** | **trade debt** | | **22,475.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Cobe Chemical Co., Inc.**                                        Case No. _____
                                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lipo Chemical Co**<br>**2804 Momentum Place**<br>**Chicago, IL 60689** | **Lipo Chemical Co**<br>**2804 Momentum Place**<br>**Chicago, IL 60689** | **trade debt** | | **10,773.00** |
| **Parvez Shaikh/Parco**<br>**Management, Inc**<br>**Gareeb Law Group**<br>**21333 Oxnard Street, 2nd**<br>**Floor**<br>**Woodland Hills, CA 91367** | **Parvez Shaikh/Parco Management, Inc**<br>**Gareeb Law Group**<br>**21333 Oxnard Street, 2nd Floor**<br>**Woodland Hills, CA 91367** | **Cross- complaint** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **200,000.00** |
| **Perfect Science Labs, LLC**<br>**Leader Gorham LLP**<br>**1990 S. Bundy Dr., Suite 390**<br>**Los Angeles, CA 90025** | **Perfect Science Labs, LLC**<br>**Leader Gorham LLP**<br>**1990 S. Bundy Dr., Suite 390**<br>**Los Angeles, CA 90025** | **Disputed claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **100,000.00** |
| **Premium Assignment Corp**<br>**PO Box 3100**<br>**Tallahassee, FL 32315** | **Premium Assignment Corp**<br>**PO Box 3100**<br>**Tallahassee, FL 32315** | **trade debt** | | **7,190.00** |
| **Ross Organic Specialty Sales**<br>**44388 Grimmer Blvd**<br>**Fremont, CA 94538** | **Ross Organic Specialty Sales**<br>**44388 Grimmer Blvd**<br>**Fremont, CA 94538** | **trade debt** | | **21,480.84** |
| **Sergio Quinones**<br>**8616 Slauson Ave**<br>**Pico Rivera, CA 90660** | **Sergio Quinones**<br>**8616 Slauson Ave**<br>**Pico Rivera, CA 90660** | **Note payable** | | **135,105.66** |
| **Snelling**<br>**PO Box 650765**<br>**Dallas, TX 75265** | **Snelling**<br>**PO Box 650765**<br>**Dallas, TX 75265** | **trade debt** | | **108,108.00** |
| **SPD Trucking**<br>**11308 Duane Street**<br>**Norwalk, CA 90650** | **SPD Trucking**<br>**11308 Duane Street**<br>**Norwalk, CA 90650** | **trade debt** | | **6,240.00** |
| **The Chugh Firm**<br>**13304 Alondra Blvd**<br>**Artesia, CA 90702** | **The Chugh Firm**<br>**13304 Alondra Blvd**<br>**Artesia, CA 90702** | **legal services** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **192,348.00** |
| **What'z Your Story**<br>**Enterprises**<br>**23643 Cutter Drive**<br>**Sun City, CA 92587** | **What'z Your Story Enterprises**<br>**23643 Cutter Drive**<br>**Sun City, CA 92587** | **trade debt** | | **6,503.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Cobe Chemical Co., Inc.**                        Case No.                        
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 16, 2011**                       Signature    **/s/ Sergio Quinones**

                                                      **Sergio Quinones**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **Cobe Chemical Co., Inc.**

                Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carlo Montisano**<br>**20 Thomas Ave**<br>**Shrewsbury, NJ 07702** | **common stock** | **5%** | |
| **Manual Perez**<br>**5409 E. Spring Street**<br>**Long Beach, CA 90808** | **common stock** | **4%** | |
| **Selma Quinones**<br>**8616 Slauson Ave**<br>**Pico Rivera, CA 90660** | **common stock** | **10%** | |
| **Sergio Quinones**<br>**8616 Slauson Ave**<br>**Pico Rivera, CA 90660** | **common stock** | **81%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 16, 2011**_____

Signature **/s/ Sergio Quinones**
          **Sergio Quinones**
          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated    **June 16, 2011**_____

**/s/ Sergio Quinones**_____
**Sergio Quinones**
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 1015-2.1**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Cobe Chemical Co., Inc.** _____,      Case No. _____
                                             Debtor

                                                                           Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,980,385.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 923,747.51 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 6,264,908.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,980,385.82 | | |
| Total Liabilities | | | | 7,188,656.12 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re **Cobe Chemical Co., Inc.**                                ,      Case No. _____

                                               Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Cobe Chemical Co., Inc.**
                                                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **Cobe Chemical Co., Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account Comerica Bank** | - | 5,767.00 |
| | | **Checking account Bank of the West** | - | 156.00 |
| | | **Checking account Preferred Bank** | - | 1,047.00 |
| | | **Checking Account Pacific Western Bank** | - | 35,723.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    42,693.00
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.** ,  Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Note receivable Cobe Color Cosmetics, Inc.** | - | 541,107.00 |
| | | **Note receivable Withrow Pharmaceutical** | - | 37,839.46 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    578,946.46
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.**                                                      ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Accounts receivable | - | 364,612.00 |
| | | Machinery and equipment | - | 765,850.00 |
| 30. Inventory. | | Raw materials | - | 29,670.36 |
| | | Finished products | - | 180,763.00 |
| | | Packaging components | - | 17,851.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        **1,358,746.36**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **1,980,385.82** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Cobe Chemical Co., Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.  <br><br>**Comerica Bank**<br>**611 Anton Bl. #100**<br>**MC4558**<br>**Costa Mesa, CA 92626** | | - | | | **UCC-1  Blanket Financing Statement**<br><br>**Inventory Equipment, Accounts receivable** | | | | | |
| | | | | | Value $           **1,130,462.00** | | | | **789,188.87** | **0.00** |
| Account No.  <br><br>**Comerica Bank**<br>**611 Anton Bl. #100**<br>**MC4558**<br>**Costa Mesa, CA 92626** | | - | | | **equipment liens**<br><br>**Machinery and equipment** | | | | | |
| | | | | | Value $            **765,850.00** | | | | **134,558.64** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **923,747.51** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **923,747.51** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Cobe Chemical Co., Inc.**                                                                ,    Case No. _____
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Cobe Chemical Co., Inc.** ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **ACCU Bio-Chem Labs**<br>**5406 San Fernando Road #201**<br>**Glendale, CA 91203** | - | | | | | | **15,625.00** |
| Account No. | | | trade debt | | | | |
| **Action Messenger Services**<br>**PO Box 69763**<br>**West Hollywood, CA 90069** | | | | | | | **127.00** |
| Account No. | | | trade debt | | | | |
| **Active Organics**<br>**PO Box 846360**<br>**Dallas, TX 75284** | - | | | | | | **1,828.00** |
| Account No. | | | trade debt | | | | |
| **Adco Container**<br>**9959 Canoga Ave**<br>**Chatsworth, CA 91311** | - | | | | | | **1,064.00** |

__19__ continuation sheets attached

Subtotal<br>(Total of this page)    **18,644.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.**                                      ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Aetna Trading Corp.** **15 Adriana** **Newport Coast, CA 92657** | | | | | | | | 2,168.00 |
| Account No. | | - | | trade debt | | | | |
| **Ajinomoto USA Inc.** **Dept CH 10983** **Palatine, IL 60055** | | | | | | | | 460.00 |
| Account No. | | - | | trade debt | | | | |
| **Aloha Commercial Pest Services** **131 S. Mednik Ave** **Los Angeles, CA 90022** | | | | | | | | 660.00 |
| Account No. | | - | | trade debt | | | | |
| **Alzo International, Inc.** **650 Jernee Mill Road** **Sayreville, NJ 08872** | | | | | | | | 697.00 |
| Account No. | | - | | trade debt | | | | |
| **American Ingredient, Inc.** **PO Box 52201** **Newark, NJ 07101** | | | | | | | | 390.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,375.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.**                                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| American International Chemical 135 Newbury Street Framingham, MA | - | | | | | | | 1,038.00 |
| Account No. | | | | trade debt | | | | |
| American Natural Products 1107 Fair Oaks Ave South Pasadena, CA 91030 | - | | | | | | | 480.00 |
| Account No. | | | | trade debt | | | | |
| American Oil Products PO Box 1595 Lake Forest, CA 92630 | - | | | | | | | 43,489.61 |
| Account No. | | | | trade debt | | | | |
| Amico Scientific 7231-A Garden Grove Blvd. Garden Grove, CA 92841 | - | | | | | | | 181.00 |
| Account No. | | | | trade debt | | | | |
| Bell Flavors & Fragrances 9104 Payspheere Circle Chicago, IL 60674 | - | | | | | | | 2,816.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         48,004.61

B6F (Official Form 6F) (12/07) - Cont.

In re **Cobe Chemical Co., Inc.** _____ , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | trade debt | | | | |
| **Bernel Chemical Co 650 Jernee Mill Road Sayreville, NJ 08872** | - | | | | | | | 239.00 |
| Account No. | | | | trade debt | | | | |
| **Bottles-R-Us 14417 108th Place NE Bothell, WA 98011** | - | | | | | | | 43,919.00 |
| Account No. | | | | trade debt | | | | |
| **Brenntag Pacific File #2674 Los Angeles, CA 90074** | - | | | | | | | 5,083.00 |
| Account No. | | | | trade debt | | | | |
| **California Belting Co 2829 Alpaca Street South El Monte, CA 91733** | - | | | | | | | 210.00 |
| Account No. | | | | trade debt | | | | |
| **CalMet Services, Inc PO Box 227 Paramount, CA 90723** | - | | | | | | | 637.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,088.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cobe Chemical Co., Inc.**                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Note Payable | | | | |
| **Carlo Montisano**<br>**20 Thomas Ave**<br>**Shrewsbury, NJ 07702** | | - | | | | | 183,707.00 |
| Account No. | | | trade debt | | | | |
| **Chemtec Chemical Co**<br>**21900 Marilla Street**<br>**Chatsworth, CA 91311** | | - | | | | | 3,236.00 |
| Account No. | | | trade debt | | | | |
| **Classic Containers Co**<br>**1700 S. Hellman Ave**<br>**Ontario, CA 91761** | | - | | | | | 4,640.00 |
| Account No. | | | trade debt | | | | |
| **Coast Southwest Inc**<br>**505 S. Melrose Street**<br>**Placentia, CA 92870** | | - | | | | | 14,762.00 |
| Account No. | | | trade debt | | | | |
| **Crockett Container Corp**<br>**Dept 2601**<br>**Los Angeles, CA 90088** | | - | | | | | 1,678.00 |

Sheet no. __4___ of __19___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    208,023.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Custom Lithograph 7006 Stanford Ave Los Angeles, CA 90001 | - | | | | | | | 25,830.00 |
| Account No. | | | | trade debt | | | | |
| Daigger & Co 620 Lakeview Parkway Vernon Hills, IL 60061 | - | | | | | | | 425.00 |
| Account No. | | | | Note payable | | | | |
| Darryl Blunk PO Box 1534 La Canada Flintridge, CA 91012 | - | | | | | | | 159,493.00 |
| Account No. | | | | trade debt | | | | |
| Del Rey Chemical Co PO Box 5429 Whittier, CA 90607 | - | | | | | | | 340.00 |
| Account No. | | | | Lawsuit/Judgment | | | | |
| Derm-Tech Labs, Inc. Hamrick & Evans 111 Universal Hollywood Drive Suite 2200 North Hollywood, CA 91606 | - | | | | X | X | X | 4,865,357.00 |

Sheet no. __5__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,051,445.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cobe Chemical Co., Inc.** ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | trade debt | | | | |
| DNP International 12802 Leffingwell Ave Santa Fe Springs, CA 90670 | | - | | | | | | 587.00 |
| Account No. | | | | trade debt | | | | |
| ET Horn Co PO Box 1238 La Mirada, CA 90637 | | - | | | | | | 154.00 |
| Account No. | | | | trade debt | | | | |
| Fragrance West 7721 Haskell Ave Van Nuys, CA 91406 | | - | | | | | | 1,629.00 |
| Account No. | | | | trade debt | | | | |
| G & K Services 14700 Spring Ave Santa Fe Springs, CA 90670 | | - | | | | | | 1,836.00 |
| Account No. | | | | trade debt | | | | |
| GE Mobile Water File 30494 PO Box 60000 San Francisco, CA 94160 | | - | | | | | | 2,093.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,299.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.** ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | trade debt | | | | |
| **Global Cosmetics Lab 13206 Estrella Gardena, CA 90248** | - | | | | | | | 2,601.00 |
| Account No. | | | | trade debt | | | | |
| **Global Packaging, Inc. 550 S. LaBrea Blvd Brea, CA 92821** | - | | | | | | | 1,620.00 |
| Account No. | | | | trade debt | | | | |
| **Goodtime Computing 15921 Begonia Ave Chino, CA 91708** | - | | | | | | | 1,886.00 |
| Account No. | | | | trade debt | | | | |
| **Hardy Diagnostics 1430 W. McCoy Lane Santa Maria, CA 93455** | - | | | | | | | 1,483.00 |
| Account No. | | | | trade debt | | | | |
| **Hill Security Systems 28418 Sandhurst Way Escondido, CA 92026** | - | | | | | | | 480.00 |

Sheet no. _**7**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,070.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.**                                ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| **Home Depot Credit Services** **PO Box 6029** **The Lakes, NV 88901** | | - | | | | | | 179.00 |
| Account No. | | | | trade debt | | | | |
| **Huntington Park Rubber Stamp** **2761 E. Slauson** **Huntington Park, CA 90255** | | - | | | | | | 153.00 |
| Account No. | | | | trade debt | | | | |
| **Huntington Scale** **PO Box 458** **La Verne, CA 91750** | | - | | | | | | 932.00 |
| Account No. | | | | trade debt | | | | |
| **ICW Group** | | - | | | | | | 10,621.00 |
| Account No. | | | | trade debt | | | | |
| **Integrity Ingredients** **PO Box 5040** **Playa Del Rey, CA 90296** | | - | | | | | | 2,406.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,291.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cobe Chemical Co., Inc.** ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Joar Labs, Inc<br>4115 San Fernando Rd<br>Glendale, CA 91204 | | - | | | | | | 522.00 |
| Account No. | | | | trade debt | | | | |
| Kent Landsberg Paperland<br>Dept 6106<br>Los Angeles, CA 90084 | | - | | | | | | 2,205.00 |
| Account No. | | | | trade debt | | | | |
| KH Systems Inc<br>19520 S. Ranch Way, Suite 202<br>Compton, CA 90220 | | - | | | | | | 1,558.00 |
| Account No. | | | | trade debt | | | | |
| Kinetik Technologies<br>8 Crown Plaza, Suite 110<br>Hazlet, NJ 07730 | | - | | | | | | 881.00 |
| Account No. | | | | trade debt | | | | |
| Kion Printing & Packaging<br>18130 Rowland Street<br>Rowland Heights, CA 91748 | | - | | | | | | 22,475.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **27,641.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.**                                      ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | trade debt | | | | |
| KS Trading 2583 W. Pico Blvd Los Angeles, CA 90006 | | - | | | | | | 540.00 |
| Account No. | | | | trade debt | | | | |
| Label Services 20008 S. Normandie Ave Torrance, CA 90502 | | - | | | | | | 1,472.00 |
| Account No. | | | | trade debt | | | | |
| Labor Ready Southwest Inc PO Box 31001-0257 Pasadena, CA 91110 | | - | | | | | | 1,585.00 |
| Account No. | | | | trade debt | | | | |
| LB Johnson Hardware # 1 3600 E. Slauson Ave Maywood, CA 90270 | | - | | | | | | 266.00 |
| Account No. | | | | trade debt | | | | |
| LB Johnson Hardware # 2 5845 E. Washington Blvd. Los Angeles, CA 90040 | | - | | | | | | 180.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,043.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cobe Chemical Co., Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | trade debt | | | | | |
| Lipo Chemical Co 2804 Momentum Place Chicago, IL 60689 | | - | | | | | | |
| | | | | | | | | 10,773.00 |
| Account No. | | | trade debt | | | | | |
| Manufacturers News 1633 Central Street Evanston, IL 60201 | | - | | | | | | |
| | | | | | | | | 383.00 |
| Account No. | | | trade debt | | | | | |
| Metrohm USA PO Box 405662 Atlanta, GA 30384 | | - | | | | | | |
| | | | | | | | | 440.00 |
| Account No. | | | trade debt | | | | | |
| Micro Quality Labs 3200 N. San Fernando Rd Burbank, CA 91504 | | - | | | | | | |
| | | | | | | | | 252.00 |
| Account No. | | | trade debt | | | | | |
| Moises Salazar 2121 W. Imperial Hwy, Suite E431 La Habra, CA 90631 | | - | | | | | | |
| | | | | | | | | 1,291.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,139.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cobe Chemical Co., Inc.** _____,    Case No. _____
_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Monarch Bearings Co 11765 E. Slauson Santa Fe Springs, CA 90670 | | - | | | | | | 155.00 |
| Account No. | | | | trade debt | | | | |
| Morse Chemical Co 736 W. Santa Anita Street San Gabriel, CA 91776 | | - | | | | | | 4,108.00 |
| Account No. | | | | trade debt | | | | |
| Norman Fox & Co PO Box 60049 Los Angeles, CA 90060 | | - | | | | | | 4,748.00 |
| Account No. | | | | trade debt | | | | |
| Office Depot PO Box 70025 Los Angeles, CA 90074 | | - | | | | | | 1,151.00 |
| Account No. | | | | Cross- complaint Subject to setoff. | | | | |
| Parvez Shaikh/Parco Management, Inc Gareeb Law Group 21333 Oxnard Street, 2nd Floor Woodland Hills, CA 91367 | | - | | | X | X | X | 200,000.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    210,162.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.**                                                      ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Disputed claim | | | | |
| Perfect Science Labs, LLC Leader Gorham LLP 1990 S. Bundy Dr., Suite 390 Los Angeles, CA 90025 | - | | | | X | X | X | 100,000.00 |
| Account No. | | | | trade debt | | | | |
| Phenomentex Inc PO Box 749397 Los Angeles, CA 90074 | - | | | | | | | 203.00 |
| Account No. | | | | trade debt | | | | |
| Phoenix Chemicals 60 Fourth Street Somerville, NJ 08876 | - | | | | | | | 1,960.00 |
| Account No. | | | | trade debt | | | | |
| Premium Assignment Corp PO Box 3100 Tallahassee, FL 32315 | - | | | | | | | 7,190.00 |
| Account No. | | | | trade debt | | | | |
| Prism International Inc 3033 Meredith Place Bensalem, PA 19020 | - | | | | | | | 564.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           109,917.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cobe Chemical Co., Inc.** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **Pyramid Express Trucking** 328 Stedman Place Monrovia, CA 91016 | - | | | | | | 2,617.00 |
| Account No. | | | trade debt | | | | |
| **Quality Industry repair** 2120 Merced Ave South El Monte, CA 91733 | - | | | | | | 1,661.00 |
| Account No. | | | trade debt | | | | |
| **Rodriguez Lawn Service** PO Box 39876 Downey, CA 90239 | - | | | | | | 320.00 |
| Account No. | | | trade debt | | | | |
| **Ross Organic Specialty Sales** 44388 Grimmer Blvd Fremont, CA 94538 | - | | | | | | 21,480.84 |
| Account No. | | | trade debt | | | | |
| **RTS Packaging LLC** 749 N. Polar Orange, CA 92868 | - | | | | | | 723.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,801.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | lawsuit- disputed claim | | | | |
| **Salim Jooma Ulwelling Siddiqui 695 Town Center Drive, Suite 700 Costa Mesa, CA 92626** | | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | Note payable | | | | |
| **Sergio Quinones 8616 Slauson Ave Pico Rivera, CA 90660** | | - | | | | | | | **135,105.66** |
| Account No. | | | | | trade debt | | | | |
| **Shimadzu Scientific Dept 0219 PO Box 120219 Dallas, TX 75312** | | - | | | | | | | **36.00** |
| Account No. | | | | | trade debt | | | | |
| **Sigma Aldritch, Inc. PO Box 535182 Atlanta, GA 30353** | | - | | | | | | | **198.00** |
| Account No. | | | | | trade debt | | | | |
| **Simply Skin Solutions 1544 SW 139th Street Miami, FL 33196** | | - | | | | | | | **4,155.00** |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**139,494.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | trade debt | | | | |
| **Sims Welding Supply** **2445 South Street** **Long Beach, CA 90805** | | - | | | | | 43.00 |
| Account No. | | | trade debt | | | | |
| **Snelling** **PO Box 650765** **Dallas, TX 75265** | | - | | | | | 108,108.00 |
| Account No. | | | trade debt | | | | |
| **SPD Trucking** **11308 Duane Street** **Norwalk, CA 90650** | | - | | | | | 6,240.00 |
| Account No. | | | trade debt | | | | |
| **Spectrum Chemical Mfg Co** **File #11990** **Los Angeles, CA 90074** | | - | | | | | 904.00 |
| Account No. | | | trade debt | | | | |
| **Stanwell West, Inc** **100-G East Jefryn Blvd** **Deer Park, NY 11729** | | - | | | | | 357.00 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,652.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cobe Chemical Co., Inc.**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | trade debt | | | | |
| Strahl & Pitsch PO Box 1098 West Babylon, NY 11704 | - | | | | | | | 360.00 |
| Account No. | | | | trade debt | | | | |
| Stryka Botanics Co 239 Homestead Road Hillsborough, NJ 08844 | - | | | | | | | 748.00 |
| Account No. | | | | legal services | | | | |
| The Chugh Firm 13304 Alondra Blvd Artesia, CA 90702 | - | | | | X | X | X | 192,348.00 |
| Account No. xxxxxxx2005 | | | | trade debt | | | | |
| The Gas Co PO Box C Monterey Park, CA 91756 | - | | | | | | | 928.00 |
| Account No. | | | | trade debt | | | | |
| Thermo Fisher Scientific Acct 927655-001 File 50129 Los Angeles, CA 90074 | - | | | | | | | 250.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

194,634.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Cobe Chemical Co., Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thor Specialties, Inc.** <br> **56 Quarry Road** <br> **Trumble, CT** | | - | | | | | | 2,502.00 |
| Account No. <br><br> **Uline** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | | - | | trade debt | | | | 165.50 |
| Account No. <br><br> **UPS Suply Chain Solutions** <br> **28013 Network Place** <br> **Chicago, IL 60673** | | - | | trade debt | | | | 428.00 |
| Account No. <br><br> **US Pharmacopeial** <br> **12601 Twinbrook Parkway** <br> **Rockville, MD 20852** | | - | | trade debt | | | | 158.00 |
| Account No. <br><br> **Vege-Tech/Vege-Curl** <br> **412 West Cypress** <br> **Glendale, CA 91204** | | - | | trade debt | | | | 1,600.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,853.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Cobe Chemical Co., Inc.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | trade debt | | | | | |
| Verizon California PO Box 9688 Mission Hills, CA 91346 | - | | | | | | | 2,230.00 |
| Account No. | | | trade debt | | | | | |
| VWR International PO Box 31101-1257 Pasadena, CA 91110 | - | | | | | | | 598.00 |
| Account No. | | | trade debt | | | | | |
| What'z Your Story Enterprises 23643 Cutter Drive Sun City, CA 92587 | - | | | | | | | 6,503.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,331.00**

Total
(Report on Summary of Schedules)    **6,264,908.61**

B6G (Official Form 6G) (12/07)

.

In re    **Cobe Chemical Co., Inc.**                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Bristol Kirshner Investment Co**<br>**Pacifica Capital Group**<br>**330 Washington Blvd., Suite 300**<br>**Marina Del Rey, CA 90292** | **Lease of business premises** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **Cobe Chemical Co., Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Cobe Chemical Co., Inc.**                                     Case No. _____
                                              Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 16, 2011**_____        Signature    **/s/ Sergio Quinones**_____
                                                        **Sergio Quinones**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re  **Cobe Chemical Co., Inc.**                             Case No.
                                           Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,042,627.00** | **2009 Gross Income -** |
| **$7,567,372.00** | **2010 gross income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None ■ **Complete a. or b., as appropriate, and c.**

    a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐     b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| To be provided | | $0.00 | $0.00 |

None ■     c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cobe Chemical Company, Inc. v. Parvez M. Shaik LASC No. BC439078 | Breach of Contract | LASC | pending |
| Salim Jooma v. Parvez Shaikh  and Cobe Chemical LASC BC433279 | Breach of Contract | LASC | pending |
| Derm-Tech Labs, Inc. v. Cobe Chemical Co. LASC VC052641 | Breach of Contract | LASC- Norwalk | Judgment-pending appeal |
| Perfect Science Labs v. Cobe Chemical Co. | Breach of Contract | LASC Case No SC112483 | pending |

None ■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None** ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None** ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Atkinson, Andelson, Loya, Ruud & Ro 12800 Center Court Drive Cerritos, CA 90703** | **April 2011** | **$30,000** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Arturo Filippe<br>1300 Porero Grande Drive<br>Rosemead, CA 91770** | **2011** |
| **Charles Irvin<br>5959 Topanga Cyn Blvd., Ste 370<br>Woodland Hills, CA 91367** | **2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 3/31/11 | Selma Quinones | raw material inventory- merket value $29,670.36 |
| 3/31/11 | Selma Quinones | Finished product inventory- market value $180,763 |
| 3/31/11 | Selma Quinones | Packaging components- market value $17,851 |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 3/31/11 | Cobe Chemical Co<br>8616 Slauson<br>Pico Rivera, CA 90660 |
| 3/31/11 | Cobe Chemical Co<br>8616 Slauson Ave<br>Pico Rivera, CA 90660 |
| 3/31/11 | Cobe Chemical Co<br>8616 Slauson Ave<br>Pico Rivera, CA 90660 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sergio Quinones<br>8616 Slauson Ave<br>Pico Rivera, CA 90660 | President | 90% interest |
| Selma Quinones<br>8616 Slauson Ave<br>Pico Rivera, CA 90660 | | 10% ownership |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sergio Quinones**<br>**8616 Slauson Ave**<br>**Pico Rivera, CA 90660**<br>  **President** | **2010- salary** | **$192,450** |
| **Selma Quinones**<br>**8616 Slauson Ave.**<br>**Pico Rivera, CA 90660**<br>  **officer** | **2010 Salary** | **$84,604** |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 16, 2011**                    Signature    **/s/ Sergio Quinones**
                                                         **Sergio Quinones**
                                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br>**Cobe Chemical Co., Inc.**<br><br><div align="right">Debtor.</div> | Case No.:<br><br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................ $ **30,000.00**

    Prior to the filing of this statement I have received ................................... $ **30,000.00**

    Balance Due ......................................................................................... $ **0.00**

2.  $ **1,099.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**          **1998 USBC, Central District of California**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 16, 2011** | **/s/ Helen Ryan Frazer** |
| *Date* | **Helen Ryan Frazer** |
| | *Signature of Attorney* |
| | **Atkinson, Andelson, Loya, Ruud & Romo** |
| | *Name of Law Firm* |
| | **12800 Center Court Drive, Suite 300** |
| | **Cerritos, CA 90703** |
| | **(562) 653-3200  Fax: (562) 653-3333** |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **Helen Ryan Frazer**

Address  **12800 Center Court Drive, Suite 300 Cerritos, CA 90703**

Telephone  **(562) 653-3200 Fax: (562) 653-3333**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Cobe Chemical Co., Inc.** | Case No.: |
|---|---|
| | Chapter:  **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __13__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **June 16, 2011**

**/s/ Sergio Quinones**
**Sergio Quinones/President**
Signer/Title

Date:  **June 16, 2011**

**/s/ Helen Ryan Frazer**
Signature of Attorney
**Helen Ryan Frazer**
**Atkinson, Andelson, Loya, Ruud & Romo**
**12800 Center Court Drive, Suite 300**
**Cerritos, CA 90703**
**(562) 653-3200   Fax: (562) 653-3333**

Cobe Chemical Co., Inc.
8616 Slauson Ave
Pico Rivera, CA 90660


Helen Ryan Frazer
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703


ACCU Bio-Chem Labs
5406 San Fernando Road #201
Glendale, CA 91203


Action Messenger Services
PO Box 69763
West Hollywood, CA 90069


Active Organics
PO Box 846360
Dallas, TX 75284


Adco Container
9959 Canoga Ave
Chatsworth, CA 91311


Aetna Trading Corp.
15 Adriana
Newport Coast, CA 92657


Ajinomoto USA Inc.
Dept CH 10983
Palatine, IL 60055

Aloha Commercial Pest Services
131 S. Mednik Ave
Los Angeles, CA 90022


Alzo International, Inc.
650 Jernee Mill Road
Sayreville, NJ 08872


American Ingredient, Inc.
PO Box 52201
Newark, NJ 07101


American International Chemical
135 Newbury Street
Framingham, MA


American Natural Products
1107 Fair Oaks Ave
South Pasadena, CA 91030


American Oil Products
PO Box 1595
Lake Forest, CA 92630


Amico Scientific
7231-A Garden Grove Blvd.
Garden Grove, CA 92841


Bell Flavors & Fragrances
9104 Payspheere Circle
Chicago, IL 60674

Bernel Chemical Co
650 Jernee Mill Road
Sayreville, NJ 08872


Bottles-R-Us
14417 108th Place NE
Bothell, WA 98011


Brenntag Pacific
File #2674
Los Angeles, CA 90074


Bristol Kirshner Investment Co
Pacifica Capital Group
330 Washington Blvd., Suite 300
Marina Del Rey, CA 90292


California Belting Co
2829 Alpaca Street
South El Monte, CA 91733


CalMet Services, Inc
PO Box 227
Paramount, CA 90723


Carlo Montisano
20 Thomas Ave
Shrewsbury, NJ 07702


Chemtec Chemical Co
21900 Marilla Street
Chatsworth, CA 91311

Classic Containers Co
1700 S. Hellman Ave
Ontario, CA 91761


Coast Southwest Inc
505 S. Melrose Street
Placentia, CA 92870


Comerica Bank
611 Anton Bl. #100
MC4558
Costa Mesa, CA 92626


Comerica Bank
611 Anton Bl. #100
MC4558
Costa Mesa, CA 92626


Crockett Container Corp
Dept 2601
Los Angeles, CA 90088


Custom Lithograph
7006 Stanford Ave
Los Angeles, CA 90001


Daigger & Co
620 Lakeview Parkway
Vernon Hills, IL 60061


Darryl Blunk
PO Box 1534
La Canada Flintridge, CA 91012

Del Rey Chemical Co
PO Box 5429
Whittier, CA 90607


Derm-Tech Labs, Inc.
Hamrick & Evans
111 Universal Hollywood Drive
Suite 2200
North Hollywood, CA 91606


DNP International
12802 Leffingwell Ave
Santa Fe Springs, CA 90670


ET Horn Co
PO Box 1238
La Mirada, CA 90637


Fragrance West
7721 Haskell Ave
Van Nuys, CA 91406


Frandzel, Robins, Bloom & Csato
6500 Wilshire Blvd
17th Floor
Los Angeles, CA 90048


G & K Services
14700 Spring Ave
Santa Fe Springs, CA 90670


GE Mobile Water
File 30494 PO Box 60000
San Francisco, CA 94160

Global Cosmetics Lab
13206 Estrella
Gardena, CA 90248


Global Packaging, Inc.
550 S. LaBrea Blvd
Brea, CA 92821


Goodtime Computing
15921 Begonia Ave
Chino, CA 91708


Hardy Diagnostics
1430 W. McCoy Lane
Santa Maria, CA 93455


Hill Security Systems
28418 Sandhurst Way
Escondido, CA 92026


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Huntington Park Rubber Stamp
2761 E. Slauson
Huntington Park, CA 90255


Huntington Scale
PO Box 458
La Verne, CA 91750

ICW Group


Integrity Ingredients
PO Box 5040
Playa Del Rey, CA 90296


Joar Labs, Inc
4115 San Fernando Rd
Glendale, CA 91204


Kent Landsberg Paperland
Dept 6106
Los Angeles, CA 90084


KH Systems Inc
19520 S. Ranch Way, Suite 202
Compton, CA 90220


Kinetik Technologies
8 Crown Plaza, Suite 110
Hazlet, NJ 07730


Kion Printing & Packaging
18130 Rowland Street
Rowland Heights, CA 91748


KS Trading
2583 W. Pico Blvd
Los Angeles, CA 90006

Label Services
20008 S. Normandie Ave
Torrance, CA 90502


Labor Ready Southwest Inc
PO Box 31001-0257
Pasadena, CA 91110


LB Johnson Hardware # 1
3600 E. Slauson Ave
Maywood, CA 90270


LB Johnson Hardware # 2
5845 E. Washington Blvd.
Los Angeles, CA 90040


Lipo Chemical Co
2804 Momentum Place
Chicago, IL 60689


Manufacturers News
1633 Central Street
Evanston, IL 60201


Metrohm USA
PO Box 405662
Atlanta, GA 30384


Micro Quality Labs
3200 N. San Fernando Rd
Burbank, CA 91504

Moises Salazar
2121 W. Imperial Hwy, Suite E431
La Habra, CA 90631


Monarch Bearings Co
11765 E. Slauson
Santa Fe Springs, CA 90670


Morse Chemical Co
736 W. Santa Anita Street
San Gabriel, CA 91776


Norman Fox & Co
PO Box 60049
Los Angeles, CA 90060


Office Depot
PO Box 70025
Los Angeles, CA 90074


Parco Management, Inc.
12647 Park Street
Cerritos, CA 90703


Parvez Shaikh/Parco Management, Inc
Gareeb Law Group
21333 Oxnard Street, 2nd Floor
Woodland Hills, CA 91367


Perfect Science Labs, LLC
Leader Gorham LLP
1990 S. Bundy Dr., Suite 390
Los Angeles, CA 90025

Phenomentex Inc
PO Box 749397
Los Angeles, CA 90074


Phoenix Chemicals
60 Fourth Street
Somerville, NJ 08876


Premium Assignment Corp
PO Box 3100
Tallahassee, FL 32315


Prism International Inc
3033 Meredith Place
Bensalem, PA 19020


Pyramid Express Trucking
328 Stedman Place
Monrovia, CA 91016


Quality Industry repair
2120 Merced Ave
South El Monte, CA 91733


Rodriguez Lawn Service
PO Box 39876
Downey, CA 90239


Ross Organic Specialty Sales
44388 Grimmer Blvd
Fremont, CA 94538

RTS Packaging LLC
749 N. Polar
Orange, CA 92868


Salim Jooma
Ulwelling Siddiqui
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626


Sergio Quinones
8616 Slauson Ave
Pico Rivera, CA 90660


Shimadzu Scientific
Dept 0219 PO Box 120219
Dallas, TX 75312


Sigma Aldritch, Inc.
PO Box 535182
Atlanta, GA 30353


Simply Skin Solutions
1544 SW 139th Street
Miami, FL 33196


Sims Welding Supply
2445 South Street
Long Beach, CA 90805


Snelling
PO Box 650765
Dallas, TX 75265

SPD Trucking
11308 Duane Street
Norwalk, CA 90650


Spectrum Chemical Mfg Co
File #11990
Los Angeles, CA 90074


Stanwell West, Inc
100-G East Jefryn Blvd
Deer Park, NY 11729


Strahl & Pitsch
PO Box 1098
West Babylon, NY 11704


Stryka Botanics Co
239 Homestead Road
Hillsborough, NJ 08844


The Chugh Firm
13304 Alondra Blvd
Artesia, CA 90702


The Gas Co
PO Box C
Monterey Park, CA 91756


Thermo Fisher Scientific
Acct 927655-001 File 50129
Los Angeles, CA 90074

Thor Specialties, Inc.
56 Quarry Road
Trumble, CT


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


UPS Suply Chain Solutions
28013 Network Place
Chicago, IL 60673


US Pharmacopeial
12601 Twinbrook Parkway
Rockville, MD 20852


Vege-Tech/Vege-Curl
412 West Cypress
Glendale, CA 91204


Verizon California
PO Box 9688
Mission Hills, CA 91346


VWR International
PO Box 31101-1257
Pasadena, CA 91110


What'z Your Story Enterprises
23643 Cutter Drive
Sun City, CA 92587

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Helen Ryan Frazer**<br>**12800 Center Court Drive, Suite 300**<br>**Cerritos, CA 90703**<br>**(562) 653-3200 Fax: (562) 653-3333**<br>California State Bar Number: **92627**<br><br>*Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Cobe Chemical Co., Inc.**<br><br><br><br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   **11** |

<div align="center">

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

</div>

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   <u>**Helen Ryan Frazer**</u>  , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

      ☐ I am the president or other officer or an authorized agent of the debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☑ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      *[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u> **/s/ Helen Ryan Frazer** </u>          <u> **June 16, 2011** </u>
Signature of Attorney or Declarant          Date

<u> **Helen Ryan Frazer** </u>
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.